1  FEDERICO CASTELAN SAYRE, ESQ., SBN 067420
   TYLER R. DOWDALL, ESQ., SBN 258950
2  **SAYRE & LEVITT, LLP**
   900 N. BROADWAY, 4th FLOOR
3  SANTA ANA, CALIFORNIA 92701-3452
   Phone (714) 550-9117
4  Facsimile (714) 550-9125

5

6  Attorneys for Plaintiffs:

7

8                    **UNITED STATES DISTRICT COURT**

9              **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  MIREYA MANQUERO,                     )    CASE NO.
    individually and as successor in    )
12  interest to the Estate of Anthony    )    **1:10-cv-00304-OWW-SMS**
    Manquero; DAMIAN MANQUERO,           )
13  individually and as successor in     )    **ORDER RE: STIPULATION OF**
    interest to the Estate of Anthony    )    **THE PARTIES EXTENDING**
14  Manquero; ANTONIO                    )    **TIME OF DEFENDANT**
    MANQUERO, individually and as        )    **AMETEK TO FILE ANSWER**
15  successor in interest to the Estate of )
    Anthony Manquero; FRANCISCO          )
16  MANQUERO, individually and as        )
    successor in interest to the Estate of )
17  Anthony Manquero; ESTATE OF          )
    ANTHONY MANQUERO, by and             )
18  through its successors in interest,   )
    MIREYA MANQUERO, DAMIAN              )
19  MANQUERO, ANTONIO                    )
    MANQUERO, FRANCISCO                  )
20  MANQUERO.                            )
                                         )
21          Plaintiffs,                  )
                                         )
22  v.                                   )
                                         )
23  AMETEK INCORPORATED, a               )
    Delaware Corporation; and DOES 1-    )
24  10, inclusive,                       )
                                         )
25          Defendants.                  )
                                         )
26

27          **COME NOW**, the Parties herein, by and through their respective counsel of

28  record, Tyler R. Dowdall, Esq., SAYRE & LEVITT, LLP, for Plaintiffs MIREYA

                                         1
                    STIPULATION EXTENDING TIME TO ANSWER

PDF created with pdfFactory trial version www.pdffactory.com

1   MANQUERO, DAMIAN MANQUERO, ANTONIO MANQUERO,
2   FRANCISCO MANQUERO, ESTATE OF ANTHONY MANQUERO,
3   (hereinafter collectively "Plaintiffs"), and Gregory C. Read, Esq., SEDGWICK,
4   DETERT, MORAN AND ARNOLD, LLP, for Defendant AMETEK
5   INCORPORATED, (hereinafter "Defendant") and, with the authority of their
6   respective clients, stipulate as follows:
7        **IT IS HEREBY STIPULATED** as follows:
8   1.    The parties have met and conferred regarding the filing of a responsive
9   pleading;
10  2.    As represented by Defense counsel, his schedule is restricted as a result of
11  trial and travel commitments;
12  3.    Due to an administrative error, an outmoded form for acknowledging receipt
13  of summons was used which makes reference to a Federal Rule of Civil Procedure
14  that no longer exists;
15  4.    Defendant AMETEK INCORPORATED shall have 60 days from date of
16  service of Summons and Complaint on March 24, 2010 to file a responsive
17  pleading;
18  5.    It is further agreed by and between the parties that this stipulation may be
19  signed in counterpart and that a facsimile or electronic signature will be as valid as
20  an original signature.
21
22  DATED: March 25, 2010          **SAYRE & LEVITT, LLP**
23
24
25                          By: _/s/ Tyler R. Dowdall, Esquire
26                               Federico C. Sayre
27                               Tyler R. Dowdall
28                               Attorneys for Plaintiffs

2

PDF created with pdfFactory trial version www.pdffactory.com

1 | DATED: March 25, 2010  **SEDGWICK, DETERT, MORAN &**
2 |            **ARNOLD, LLP**
3
4 |         By: /s/ Gregory C. Read, Esquire
5 |           Gregory C. Read
          Attorneys Defendants
6
7
8
9
10
11 | **ORDER**

The parties having stipulated that Defendant shall have 60 days from receipt of summons and complaint to file a responsive pleading, and good cause appearing therefore, **IT IS THEREFORE ORDERED.**

**IT IS SO ORDERED.**

**DATED:** **March 29, 2010**   /s/ Oliver W. Wanger

            **UNITED STATES DISTRICT JUDGE**

3

PDF created with pdfFactory trial version www.pdffactory.com